# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| KENNETH ROGER DUNCAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | |
| | ) | 1:25-cv-04933-ELR-CMS |
| MONTEREY FINANCIAL SERVICES, LLC; sometimes d/b/a Monterey Collection Services, | ) ) ) ) | |
| | ) | |
| FOXWOOD HILLS PROPERTY OWNERS ASSOCIATION; | ) ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; and | ) ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that our firm has on this day served Plaintiff's First Interrogatories to Defendant Experian Information Solutions, Inc; Plaintiff's First Request for the Production of Documents to Defendant Experian Information Solutions, Inc.; and Plaintiff's First Request for Admissions to Defendant Experian Information Solutions, Inc. by email on Defendant Experian's counsel of record:

      D. Alex McDonald, Esq.
      JONES DAY
      alexmcdonald@jonesday.com

This 31st day of October, 2025.

**SKAAR & FEAGLE, LLP**

By:    _/s/ Chelsea R. Feagle_
       Chelsea R. Feagle, Esq.
       Georgia Bar No. 110863
       csutton@skaarandfeagle.com