# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

KENNETH ROGER DUNCAN,

     Plaintiff,

    v.

MONTEREY FINANCIAL SERVICES, LLC d/b/a MONTEREY COLLECTIONS SERVICES, et al.,

     Defendants.

Case No. 1:25-cv-04933-ELR-CMS

## EXPERIAN INFORMATION SOLUTIONS, INC.'S
## <u>RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY</u>

Experian Information Solutions, Inc., pursuant to Northern District of Georgia Local Rule 5.4, gives notice that on December 22, 2025, Experian served its Responses and Objections to Plaintiff's First Requests for Production, Requests for Admission, and Interrogatories to Experian on all counsel of record via email.

Respectfully submitted this 22nd day of December, 2025.

     /s/ D. Alex McDonald
     D. Alex McDonald
     Ga. Bar No. 877484
     JONES DAY
     1221 Peachtree Street N.E., Suite 400
     Atlanta, Georgia 30361
     Phone: (404) 581-8369
     Email: alexmcdonald@jonesday.com

     *Attorney for Defendant*
     *Experian Information Solutions, Inc.*