**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| KENNETH ROGER DUNCAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | |
| | ) | 1:25-cv-04933-ELR-CMS |
| MONTEREY FINANCIAL SERVICES, LLC; sometimes d/b/a Monterey Collection Services, | ) ) ) ) | |
| | ) | |
| FOXWOOD HILLS PROPERTY OWNERS ASSOCIATION; | ) ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; and | ) ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that our firm has on this day served Plaintiff's Responses to Defendant Experian Information Solutions, Inc.'s First Discovery Requests to Plaintiff by electronic mail pursuant to Fed. R. Civ. P. 5(b)(2)(E) sent to its counsel of record:

> D. Alex McDonald, Esq.
> JONES DAY
> alexmcdonald@jonesday.com

This 22nd day of December, 2025.

1

**SKAAR & FEAGLE, LLP**

By:   /s/ *Chelsea R. Sutton*
       Chelsea R. Sutton
       Georgia Bar No. 110863
       csutton@skaarandfeagle.com
       2374 Main Street, Suite B
       Tucker, GA 30084
       Telephone:  (404) 373-1970
       Facsimile:   (404) 601-1855