**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| KENNETH ROGER DUNCAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | |
| | ) | 1:25-cv-04933-ELR-CMS |
| MONTEREY FINANCIAL SERVICES, LLC; sometimes d/b/a Monterey Collection Services, | ) ) ) ) | |
| | ) | |
| FOXWOOD HILLS PROPERTY OWNERS ASSOCIATION; | ) ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; and | ) ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that our firm has on this day served Plaintiff's Responses to Defendant Monterey Financial Services, LLC's First Discovery Requests to Plaintiff by electronic mail pursuant to Fed. R. Civ. P. 5(b)(2)(E) sent to its counsel of record:

Brendan H. Little, Esq.
LIPPES MATHIAS LLP
blittle@lippes.com

This 23rd day of December, 2025.

1

**SKAAR & FEAGLE, LLP**

By:  /s/ *Chelsea R. Sutton*  
Chelsea R. Sutton  
Georgia Bar No. 110863  
csutton@skaarandfeagle.com  
2374 Main Street, Suite B  
Tucker, GA 30084  
Telephone:  (404) 373-1970  
Facsimile:   (404) 601-1855

2