**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| KENNETH ROGER DUNCAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | |
| | ) | 1:25-cv-04933-ELR-CMS |
| MONTEREY FINANCIAL SERVICES, LLC; sometimes d/b/a Monterey Collection Services, | ) ) ) ) | |
| | ) | |
| FOXWOOD HILLS PROPERTY OWNERS ASSOCIATION; | ) ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; and | ) ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that our firm has on this day served Plaintiff's Responses to Defendant Equifax Information Services, LLC's First Discovery Requests to Plaintiff by electronic mail pursuant to Fed. R. Civ. P. 5(b)(2)(E) sent to its counsel of record:

> Heather H. Sharp, Esq.
> SEYFARTH SHAW LLP
> hsharp@seyfarth.com

This 24th day of December, 2025.

1

**SKAAR & FEAGLE, LLP**

By:   /s/ *Chelsea R. Sutton*
Chelsea R. Sutton
Georgia Bar No. 110863
csutton@skaarandfeagle.com
2374 Main Street, Suite B
Tucker, GA 30084
Telephone:   (404) 373-1970
Facsimile:   (404) 601-1855

2